JS-6

Sarah Shapero (Bar No. 281748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415) 273-3504
Facsimile:    (415) 273-3508

Attorney for Plaintiffs,
JOEL LAZARO
ROSEMARIE LAZARO

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LAZARO, an individual; and ROSEMARIE LAZARO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC, a limited liability corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-01718-PA-JPR <br><br> ORDER |

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this case is dismissed with prejudice.

Dated: April 25, 2024

_____
Percy Anderson
United States District Court Judge